1  STEPHEN L. SCHIRLE #96085
   MAUREEN L. FRIES, #121463
2  77 Beale Street, B30A
   San Francisco, CA  94105
3  Telephone:  (415) 973-6645
   Facsimile:  (415) 973-5520
4
   Attorneys for Defendants
5  PACIFIC GAS AND ELECTRIC COMPANY,
   CAMILLE PAROLA
6
   Douglas P. Broomell, #179188
7  Law Office of Douglas P. Broomell
   108 Main Street
8  Roseville, California  95678
   Telephone:  (916) 780-1011
9  Facsimile:  (916) 781-1013
   Email:  broomell@surewest.net
10
11 Attorneys for Plaintiff
   CHRISTIOPHER DAMRON
12
                        UNITED STATES DISTRICT COURT
13
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
14

15 CHRISTOPHER DAMRON,                        No.  Civ.S-05-0350-DFL-KJM
16              Plaintiff,                     STIPULATION TO REMAND
17                                             AND ORDER
        v.
18
   PACIFIC GAS AND ELECTRIC COMPANY,
19 CAMILLE PAROLA, an individual, and Does 1
   through 20, inclusive,
20
                Defendants.
21

22        Defendants Pacific Gas and Electric Company and Camille Parola, and plaintiff

23 Christopher Damron, through their attorneys of record, hereby stipulate that this action be

24 remanded to the Superior Court of California, County of Sacramento, pursuant to the Court's

25 Order regarding Jurisdiction and Venue dated May 6, 2005

26

27

28

1    Dated: May 20, 2005                    By:_____ /s/ Maureen L. Fries_____
                                                           MAUREEN L. FRIES
2

3                                           Attorneys for Defendants
                                            PACIFIC GAS AND ELECTRIC COMPANY
                                            AND CAMILLE PAROLA
4
     Dated:  May 20, 2005                    By: _____ /s/ Douglas P. Broomell_____
5                                                          DOUGLAS P. BROOMELL

6

7

8    IT IS SO ORDERED.
9

10   DATED:  May 25, 2005                    By: _____/s/ David F. Levi_____
                                                          DAVID F. LEVI
11                                                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO REMAND AND ORDER                    CIV.S-05-00350 DFL-KJM